In the Matter of VICTOR S. MARE, Appellant, against MARY E. DILLON et al., Constituting the Board of Education of the City of New York, Respondents.

Submitted June 1, 1948; decided June 11, 1948.

*Antonio M. Luongo* for appellant.

*John P. McGrath, Corporation Counsel (Seymour B. Quel, Morris Weissberg* and *Michael A. Castaldi* of counsel), for respondents.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, THACHER, DYE and FULD, JJ. Taking no part: CONWAY, J.